DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



FILED

DEC 0 7 2009

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
    WILLIAM E and JANICE I COFFELT

Chapter 13
Case No. 05-1-1636 AJ13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $953.79 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|-------|------------------------------|-------------------|
| 0002 | CITIFINANCILA INC<br>P O BOX 220745<br>CHARLOTTE, NC 28222-0745 | $953.79 |

Dated:    December 3, 2009

_____
CECILIA MARCELO
Receipts Administrator